UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daeshawn Hickman**          **Docket No. 5:21-CR-192-1M**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daeshawn Hickman, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 21, 2022, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

The defendant was released from custody on November 22, 2024, at which time the term of supervised release commenced.

On December 6, 2024, a Violation Report was submitted to the court reporting the defendant used marijuana. He was reprimanded, and it was recommended that no court action be taken to allow the defendant time to engage in substance abuse treatment.

On January 27, 2025, a Violation Report was submitted to the court reporting the defendant used cocaine and marijuana. He was reprimanded, and it was recommended that no court action be taken to allow the defendant time to engage in his on-going substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 9, 2025, the defendant submitted a positive urinalysis for amphetamine. When confronted, he admitted to using an expired prescription medication. He was verbally reprimanded for his use and cognitive interventions were utilized to encourage a change in his behavior. Based on the defendant's continued use, it was recommended that he be sanctioned to complete 12 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Daeshawn Hickman
Docket No. 5:21-CR-192-1M
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-679-2034<br>Executed On: March 11, 2025 |

### ORDER OF THE COURT

Considered and ordered this 12th day of March, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge