UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daeshawn Hickman**                  **Docket No. 5:21-CR-192-1M**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daeshawn Hickman, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 21, 2022, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Daeshawn Hickman was released from custody on November 22, 2024, at which time the term of supervised release commenced.

On December 6, 2024, a Violation Report was submitted to the court reporting the defendant used marijuana. He was reprimanded, and it was recommended that no court action be taken to allow the defendant time to engage in substance abuse treatment.

On January 27, 2025, a Violation Report was submitted to the court reporting the defendant used cocaine and marijuana. He was reprimanded, and it was recommended that no court action be taken to allow the defendant time to engage in his on-going substance abuse treatment.

On March 11, 2025, a Petition for Action was submitted to the court, reporting the defendant used amphetamine. He was reprimanded, and it was recommended that he be ordered to participate in 12 hours of community service. The court agreed and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 1, 2025, a sweat-patch was applied to the defendant's left arm. On April 18, 2025, the sweat-patch was received by PharmChek Laboratories, who confirmed it tested positive for cocaine. On April 30, 2025, the defendant also submitted a positive urinalysis test for cocaine and marijuana. He admitted to using on both occasions when confronted. He was verbally admonished for his continued use and cognitive interventions were utilized to address his criminal thinking behaviors. In lieu of revocation, it is recommended that he be ordered to participate in the location monitoring program, curfew, for 90 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Daeshawn Hickman
Docket No. 5:21-CR-192-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: May 7, 2025

## ORDER OF THE COURT

Considered and ordered this 9th day of May, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge