UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daeshawn Hickman**            Docket No. 5:21-CR-192-1M

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daeshawn Hickman, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 21, 2022, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Daeshawn Hickman was released from custody on November 22, 2024, at which time the term of supervised release commenced.

On December 6, 2024, a Violation Report was submitted to the court reporting the defendant used marijuana. He was verbally reprimanded, and it was recommended that no court action be taken to allow the defendant time to engage in substance abuse treatment.

On January 27, 2025, a Violation Report was submitted to the court reporting the defendant used cocaine and marijuana. He was reprimanded, and it was recommended that no court action be taken to allow the defendant time to engage in his on-going substance abuse treatment.

On March 11, 2025, a Petition for Action was submitted to the court, reporting the defendant used amphetamine. He was reprimanded, and it was recommended that he be ordered to participate in 12 hours of community service. The court agreed and supervision was continued.

On May 7, 2025, a Petition for Action was submitted to the court, reporting the defendant used cocaine and marijuana. In lieu of revocation, it was recommended that he be ordered to participate in the Location Monitoring Program for 90 days. The court agreed and supervision was continued.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 6, 2025, the defendant submitted a positive urinalysis test for cocaine. It was confirmed positive by the national lab on June 13, 2025. Based on his continued drug use, it was agreed that a higher level of treatment was needed. He has since been accepted to participate in an inpatient program with Addiction Recovery Care Association (ARCA). He is scheduled to enroll in the program on July 11, 2025. In lieu of revocation, it is recommended that he be ordered to enroll and successfully complete the inpatient program.

The defendant was previously placed on a term of location monitoring as a graduated sanction in response to continued drug use, in lieu of revocation.

Given the requirements and structure of the facility, continued location monitoring during his stay would not be practical and may interfere with his treatment. Therefore, it is recommended that the Court stay the location monitoring sanction for the duration of his inpatient treatment and authorize the probation office to remove the electronic monitoring equipment. Upon his successful discharge from ARCA, the location monitoring equipment will be reinstalled, and the defendant will complete the remaining balance of his sanction upon reentry into the community.

Daeshawn Hickman
Docket No. 5:21-CR-192-1M
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. Enroll and Complete the Addiction Recovery Care Association inpatient program.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Mark Culp<br>Mark Culp<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-679-2034<br>Executed On: June 25, 2025 |

### ORDER OF THE COURT

Considered and ordered this 25th day of June, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge